**No. 26-1099**

## UNITED STATES COURT OF
## APPEALS FOR THE FIRST CIRCUIT

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,

*Plaintiff-Appellant*,

*v.*

AARON FREY, in his official capacity as Attorney General of the state of Maine;
BOB CAREY, in his official capacity as Superintendent of the Bureau of Insurance,

*Defendants-Appellees*,

On appeal from the United States District Court
for the District of Maine
No. 1:25-cv-0000469-JCN,
Judge John C. Nivison

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF BY AMERICAN HOSPITAL ASSOCIATION, 340B HEALTH, MAINE HOSPITAL ASSOCIATION, AND AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS AS *AMICI CURIAE* IN SUPPORT OF APPELLEES AND AFFIRMANCE**

William B. Schultz
Courtney Christensen
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
wschultz@zuckerman.com

*Attorneys for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), movants American Hospital Association, 340B Health, Maine Hospital Association, and American Society of Health-System Pharmacists respectfully move the Court for leave to file a brief as *amici curiae* in support of Defendants-Appellees. Both parties consent to the filing of this brief.

## I.    <u>INTEREST OF MOVANTS</u>

Movants include three non-profit organizations with members in Maine that receive 340B discounts for drugs that they purchase, many of which are dispensed through contract pharmacies, and one organization that represents pharmacists, many of whom are located in Maine, who serve patients in hospitals, health systems, ambulatory clinics, and other healthcare settings that benefit from the 340B program. Movants and their members are committed to improving the health of the communities they serve through the delivery of high-quality, efficient, and accessible health care. The discounts provided by the 340B program are essential to achieving this goal. Movants therefore have a strong interest in the success of Maine's legislative efforts to protect the 340B program.

## II.   MOVANTS' BRIEF WILL BE USEFUL TO THE COURT'S CONSIDERATION OF THIS APPEAL.

Movants' brief complies with Federal Rule 29 and contains valuable insight to inform the Court's consideration of the merits of this appeal. As representatives of 340B covered entities and pharmacists serving patients, movants are uniquely positioned to explain the critical role of contract pharmacies, which have been used by covered entities since the beginning of the 340B program. Movants are also qualified to explain how the onerous contract pharmacy restrictions that drug companies began to impose in 2020 resulted in significant harms to patients and 340B providers, which operate on razor-thin margins to provide care to individuals with low incomes. Further, movants' brief explains why the challenged Maine statute, which requires drug companies to honor the contract pharmacy relationships of Maine covered entities, is an essential healthcare regulation within the State's historic police powers to promote public health.

## III.   CONCLUSION

Based on the foregoing, movants respectfully request that the Court grant this motion for leave to file a brief as *amici curiae* in support of Defendants-Appellees and accept for filing the *amicus curiae* brief submitted contemporaneously with this motion.

2

Date: April 8, 2026                    Respectfully submitted,

                                       */s/ William B. Schultz*
                                       William B. Schultz
                                       Courtney Christensen
                                       Zuckerman Spaeder LLP
                                       2100 L Street NW, Suite 400
                                       Washington, D.C. 20037
                                       (202) 778-1800
                                       wschultz@zuckerman.com

                                       *Counsel for Amici Curiae*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 8, 2026, the foregoing Consent Motion for Leave to File Brief of American Hospital Association, 340B Health, Maine Hospital Association, and American Society of Health-System Pharmacists as *Amici Curiae* in Support of Defendants-Appellees was filed electronically and has been served via the Court's ECF filing system in compliance with Rule 25(b) and (c) of the Federal Rules of Appellate Procedure on all registered counsel of record.

*/s/ William B. Schultz*
*Counsel for Amici Curiae*

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 359 words, as counted by Microsoft Word, excluding the parts of the motion excluded by Federal Rule of Appellate Procedure 32(f). This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft Word in 14-point Times New Roman font.

*/s/ William B. Schultz*
*Counsel for Amici Curiae*

5